Certificate Number: 16339-PAE-DE-038024434

Bankruptcy Case Number: 23-12964



16339-PAE-DE-038024434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 15, 2023</u>, at <u>3:16</u> o'clock <u>PM EST</u>, <u>Nancy Focaccia</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 15, 2023</u>          By:     <u>/s/Kelley Tipton</u>

                                                          Name:   <u>Kelley Tipton</u>

                                                          Title:   <u>Certified Financial Counselor</u>