**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-12964-mdc |
| Nancy Virginia Focaccia, | Chapter 7 |
| Debtor. | |

**Order Granting Debtor's Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REOPENED**.

Date: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge