# United States Bankruptcy Court
# Eastern District of Pennsylvania

| In re: | Case No. 23-12964-mdc |
|---|---|
| Nancy Virginia Focaccia, | Chapter 7 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Reopen Case along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jamie Dimon
JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Date: February 5, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com