## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-12964-mdc |
| Nancy Virginia Focaccia, | Chapter 7 |
| Debtor. | |

### Order Granting Debtor's Motion to Reopen Case

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This case is **REOPENED**.

Date:          March 6, 2024

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge