United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 23-12964-mdc

Nancy Virginia Focaccia                                      Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                            Page 1 of 2

Date Rcvd: Mar 07, 2024                      Form ID: pdf900                    Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol      Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Nancy Virginia Focaccia, 919 Lakeview Ct, King of Prussa, PA 19406-1539 |
| 14820968 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 08 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14820956 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2024 00:22:13 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14820957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 08 2024 00:09:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14820959 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 00:22:12 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14820961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2024 00:09:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14820962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2024 00:09:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14820965 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 00:22:13 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14820963 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2024 00:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14820958 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 08 2024 00:22:12 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14820964 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 08 2024 00:09:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14820966 | | Email/Text: fesbank@attorneygeneral.gov | Mar 08 2024 00:09:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14820967 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14820969 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 00:22:08 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14820970 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 00:22:16 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14820971 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 08 2024 00:09:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14820972 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 08 2024 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14820973 | ^ | MEBN | Mar 08 2024 00:07:44 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14820974 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2024 00:22:16 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14820960 | | Citibank/The Home Depot, dept, St Louis,, Citicorp Credit Srvs/, PO Box 790034, Centralized BkMO63179 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Nancy Virginia Focaccia help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Nancy Virginia Focaccia help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Nancy Virginia Focaccia,<br><br>Debtor. | Case No. 23-12964-mdc<br><br>Chapter 7 |

**Order Granting Debtor's Motion to Reopen Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reopen Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.
2. This case is **REOPENED**.

Date:    March 6, 2024

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge