**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Nancy Virginia Focaccia, Debtor.

Case No. 23-12964-mdc
Chapter 7

### Supplemental Disclosure of Compensation of Attorney for Debtor

1. The Disclosure of Compensation of Attorney for Debtor filed on October 27, 2023, at ECF No. 12 is hereby included by reference.

2. I have entered into a contingent fee agreement with the debtor to prosecute a complaint against JP Morgan Chase Bank, N.A.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

Date: March 21, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com