UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Nancy Virginia Focaccia

Case No.: 23-12964-amc

Judge: Hon. Ashely M. Chan

Chapter 7

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned action as counsel on behalf of JPMorgan Chase Bank, N.A. and requests that copies of all notices given or required to be given and all papers filed, served, or required to be served in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number, and e-mail address:

>Fred W. Hoensch, Esq.
>PARKER IBRAHIM & BERG LLP
>1635 Market Street, 11th Floor
>Philadelphia, PA 19103
>Telephone: (267) 908-9800
>Facsimile: (267) 908-9888
>E-mail: fred.hoensch@piblaw.com

Date:   April 23, 2024

**PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch@piblaw.com
*Attorneys for JPMorgan Chase Bank, N.A.*