UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-12964-amc |
| Nancy Virginia Focaccia | Judge: Hon. Ashely M. Chan |
| | Chapter 7 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned action as counsel on behalf of interested party JPMorgan Chase Bank, N.A. and requests that copies of all notices given or required to be given and all papers filed, served, or required to be served in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number, and e-mail address:

> James P. Berg, Esq.
> PARKER IBRAHIM & BERG LLP
> 1635 Market Street, 11th Floor
> Philadelphia, PA 19103
> Telephone: (267) 908-9800
> Facsimile: (267) 908-9888
> E-mail: james.berg@piblaw.com

Date:   April 24, 2024

**PARKER IBRAHIM & BERG LLP**

*/s/ James P. Berg*
James P. Berg, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: james.berg@piblaw.com
*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-12964-amc |
| Nancy Virginia Focaccia | Judge: Hon. Ashely M. Chan |
| | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024 served the foregoing notice of appearance via CM/ECF as follows:

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for Debtor*
*Nancy Virginia Focaccia*

Date:   April 24, 2024

**PARKER IBRAHIM & BERG LLP**

*/s/ James P. Berg*
James P. Berg, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: james.berg@piblaw.com
*Attorneys for JPMorgan Chase Bank, N.A.*