UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-12964-amc |
| Nancy Virginia Focaccia | Judge: Hon. Ashely M. Chan |
| | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024 served the foregoing notice of appearance via CM/ECF as follows:

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for Debtor*
*Nancy Virginia Focaccia*

Date: April 24, 2024

**PARKER IBRAHIM & BERG LLP**

*/s/ James P. Berg*
James P. Berg, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: james.berg@piblaw.com
*Attorneys for JPMorgan Chase Bank, N.A.*