# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12964-mdc |
| Nancy Virginia Focaccia, | Chapter 7 |
| Debtor. | |

**Praecipe**

To the Clerk of Court:

Please close this case. Thank you.

Date: August 12, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com